IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LINDA LOPEZ,

    Plaintiff,

v.                                               Civ. No. 18-1230 SMV/KK

CAROL MARIE COCHRAN Individually,
SAGE CONCEPT, LLC, DBA SANTA FE
SAGE INN,

    Defendants.

## ORDER GRANTING MOTION TO AMEND COMPLAINT

THIS MATTER having come before the Court on an unopposed motion to allow plaintiff to amend her complaint the Court hereby orders the following: IT IS HEREBY ORDERED that Plaintiff's unopposed motion to amend her complaint is GRANTED. IT IS FURTHER ORDERED that Defendant Sage Inn's motion to dismiss is hereby DENIED and dismissed without prejudice as moot and that Plaintiff has until February 15, 2019 to file an amended complaint.

_____
HONORABLE UNITED STATES
MAGISTRATE JUDGE
STEPHAN M. VIDMAR

Submitted by
Andras Szantho
Counsel for Plaintiff

Approved by
Ned Shepherd
Counsel for Defendant Carol Marie Cochrain

Approved by
Jeremy K. Harrison
Counsel for Defendant Sage Inn